IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROPHET PAULCIN,
    Plaintiff,

v.                                       Case No.: 3:08cv378/RV/EMT

WALTER A. McNEIL, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 17, 2009 (Doc. 22).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's motion for injunctive relief (Doc. 3) is **DENIED**.

**DONE AND ORDERED** this 25th day of March, 2009.

                                    /s/ *Roger Vinson*
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**